JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILAD RAGHEB DEMETRY,<br><br>          Petitioner,<br><br>    vs.<br><br>KATHY PROSPER, Warden,<br><br>          Respondent. | Case No. SACV 08-797-R (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   Jan. 26, 2010

HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge